

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>     10 S. Howard Street, 3rd Floor<br>     Baltimore, MD  21201,<br><br>            Plaintiff,<br><br>     v.<br><br>JEWISH COMMUNITY CENTER OF GREATER WASHINGTON<br>     6125 Montrose Rd.<br>     Rockville, MD  20852,<br><br>            Defendant. | Civil Action No.<br><br>AW10CV1965<br><br>COMPLAINT<br><br>JURY TRIAL DEMAND |

### NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act ("the ADA") of 1990, as amended through the ADA Amendments of 2008, and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices and to provide appropriate relief to Carole Schulman, who was adversely affected by such practices.  The United States Equal Employment Opportunity Commission ("the EEOC" or the "Commission") alleges that Defendant Jewish Community Center of Greater Washington unlawfully discriminated against Schulman by demoting her from the position of nursery school assistant teacher to a mailroom position because of her disability and denying her reasonable accommodation.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e-5(f)(1),(3), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981A.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Maryland.

## PARTIES

3. Plaintiff, the United States Equal Employment Opportunity Commission, is an agency of the United States of America charged with the administration, interpretation, and enforcement of Title I and Title V of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Section 706(f)(1) of Title VII, 42 U.S.C. § 2000e-5(f)(1).

4. At all relevant times, Defendant, Jewish Community Center of Greater Washington, has been a 501(c)(3) doing business and operating in Rockville, MD with at least fifteen (15) employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. § 2000e(g),(h).

6. At all relevant times, Defendant has been a covered entity within the meaning of Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

## STATEMENT OF CLAIMS

7. More than thirty days prior to the institution of this lawsuit, Schulman filed a charge with the Commission alleging violations of Title I of the ADA by the Jewish Community Center of Greater Washington. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. At all relevant times, Schulman has been a qualified individual with a disability as defined by the statute.

   a. Schulman has been hard of hearing for twenty years. In 2002, she received a Cochlear implant in her right ear that allows for partial hearing in that ear. Her left ear has partial hearing, but she cannot hear clearly on the phone and cannot hear high-pitched tones in her left ear. The Cochlear implant allows her to hear high pitched-sounds. She can hear voices and noises, including children laughing and talking.

   b. As a result of her hearing impairment, Schulman is substantially limited in the major life activity of hearing.

9. In December 2005, Defendant hired Schulman as an assistant teacher. Schulman was at all times willing and able to perform the essential functions of her position with or without reasonable accommodation.

10. Since at least February 2008, Defendant Jewish Community Center of Greater Washington has engaged in unlawful employment practices at its facility, in violation of Sections 102(a), 102(b)(5)(a) and 102(b)(5)(b) of Title I of the ADA, 42 U.S.C. § 12112(a), 12112(b)(5)(a) and 12112(b)(5)(b). These practices include declaring Schulman unable to perform her assistant teacher position with or without a reasonable accommodation based on Defendant's unfounded belief that no

hard of hearing individual can perform the position of assistant teacher, denying her reasonable accommodation, and unlawfully demoting her and relegating her to a lower paying mailroom position.

11. The effect of the practices complained of above has been to deprive Schulman, a qualified individual with a disability, of equal employment opportunities and otherwise adversely affect her rights under the ADA resulting in expenses incurred due to the loss of health insurance, lost wages, emotional pain, suffering, inconvenience, mental anguish, embarrassment, frustration, humiliation, and loss of enjoyment of life.

12. The unlawful employment practices complained of above were intentional.

13. The unlawful employment practices complained of above were done with malice or with reckless indifference to the federally protected rights of Schulman.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns and all persons in active concert or participation with them, from engaging in any employment practice that discriminates on the basis of a disability;

B. Order Defendant to institute and carry out policies, practices, and programs that provide equal employment opportunities for qualified individuals with disabilities and eradicate the effects of its past and present unlawful employment practices;

C. Order Defendant to make whole Schulman by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to reinstatement or front pay in lieu of reinstatement;

D.  Order Defendant to make whole Schulman by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 8-13 above, including lost health care and job search expenses, in amounts to be determined at trial.

E.  Order Defendant to make whole Schulman by providing compensation for past and future non-pecuniary losses including emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, embarrassment, frustration, and humiliation, in an amount to be proven at trial;

F.  Order Defendant to pay Schulman punitive damages for its callous indifference to her federally protected right to be free from discrimination based on disability in the workplace;

G.  Order Defendant to implement non-discriminatory, objective, written policies and practices regarding the terms and conditions of employment and sign and conspicuously post, for a designated period of time, a notice to all employees that sets forth the remedial action required by the Court and inform all employees that it will not discriminate against any employee because of a disability, including that it will comply with all aspects of the ADA;

H.  Grant such further relief as the Court deems necessary and proper in the public interest; and

I.  Award the Commission its costs in this action.

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Respectfully submitted,

P. DAVID LOPEZ<br>
General Counsel

JAMES L. LEE
Deputy General Counsel


GWENDOLYN YOUNG REAMS
Associate General Counsel

_____
DEBRA M. LAWRENCE
Regional Attorney

_____
MARIA SALACUSE
Acting Supervisory Trial Attorney
Bar No. 15562

_____
LINDSEY ANNE WHITE
Trial Attorney
Bar No. 29183
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
10 S. Howard Street, 3rd Floor
Baltimore, Maryland  21201
(410) 209-2733 (phone)
(410) 962-4270 (fax)